**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01559-AP

FELIX J. VILLANUEVA CABRERA,

    Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of Social Security

    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.   APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

JOSEPH A. WHITCOMB
Rocky Mountain Disability Group
1391 Speer Blvd, Suite 705
Denver, CO 80204
Telephone: (303) 534-1958
Facsimile: (303) 534-1949
joe@rmdlg.com

For Defendant:

JOHN F. WALSH
United States Attorney
District of Colorado

WILLIAM G. PHARO
Assistant United States Attorney

JESSICA MILANO
Social Security Administration-Denver
Office of General Counsel
1001 17th Street
Denver, CO 80202
Telephone: (303) 844-7136
Facsimile: (303) 844-0770
jessica.milano@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

A. **Date Complaint Was Filed:** June 15, 2012
B. **Date Complaint Was Served on U.S. Attorney's Office:** June 20, 2012
C. **Date Answer and Administrative Record Were Filed:** August 20, 2012

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

At this time, the Administrative Record appears to be complete and accurate; the parties will fully ascertain the completeness of the record upon the drafting and completion of their respective briefs.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not foresee offering any unusual claims or defenses in this case.

**7. OTHER MATTERS**

The parties are not aware of any other matters at this time.

**8. BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

A. **Plaintiff's Opening Brief Due:** October 22, 2012
B. **Defendant's Response Brief Due:** November 21, 2012
C. **Plaintiff's Reply Brief (If Any) Due:** December 6, 2012

**9. STATEMENTS REGARDING ORAL ARGUMENT**

A. **Plaintiff's Statement:**
   Plaintiff does not request oral argument.

B. **Defendant's Statement:**
   Defendant does not request oral argument.

### 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.     ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.     (X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

### 11. OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.

### 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 10th day of September, 2012.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| | |

For Plaintiff:

s/ *Joseph A. Whitcomb*
JOSEPH A. WHITCOMB
Rocky Mountain Disability Group
1391 Speer Blvd, Suite 705
Denver, CO 80204
Telephone: (303) 534-1958
Facsimile: (303) 534-1949
joe@rmdlg.com

Attorney for Plaintiff

For Defendant:

JOHN F. WALSH
United States Attorney
District of Colorado

WILLIAM G. PHARO
Assistant United States Attorney

s/  *Jessica Milano*
JESSICA MILANO
Social Security Administration-Denver
Office of General Counsel
1001 17th Street
Denver, CO 80202
Telephone: (303) 844-7136
Facsimile: (303) 454-0770
jessica.milano@ssa.gov

Attorneys for Defendant