**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01559-AP

FELIX J. VILLANUEVA CABRERA,

     Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of Social Security

     Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

<u>For Plaintiff</u>:

JOSEPH A. WHITCOMB
Rocky Mountain Disability Group
1391 Speer Blvd, Suite 705
Denver, CO 80204
Telephone: (303) 534-1958
Facsimile: (303) 534-1949
joe@rmdlg.com

<u>For Defendant</u>:

JOHN F. WALSH
United States Attorney
District of Colorado

WILLIAM G. PHARO
Assistant United States Attorney

JESSICA MILANO
Social Security Administration-Denver
Office of General Counsel
1001 17th Street
Denver, CO 80202
Telephone: (303) 844-7136
Facsimile: (303) 844-0770
jessica.milano@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

A.   **Date Complaint Was Filed:**  June 15, 2012
B.   **Date Complaint Was Served on U.S. Attorney's Office:**  June 20, 2012
C.   **Date Answer and Administrative Record Were Filed:**  August 20, 2012

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

At this time, the Administrative Record appears to be complete and accurate; the parties will fully ascertain the completeness of the record upon the drafting and completion of their respective briefs.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not foresee offering any unusual claims or defenses in this case.

**7.  OTHER MATTERS**

The parties are not aware of any other matters at this time.

**8.  BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

A.   **Plaintiff's Opening Brief Due:**  October 22, 2012
B.   **Defendant's Response Brief Due:**  November 21, 2012
C.   **Plaintiff's Reply Brief (If Any) Due:**  December 6, 2012

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

A.   **Plaintiff's Statement:**
        Plaintiff does not request oral argument.

B.   **Defendant's Statement:**
        Defendant does not request oral argument.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.  ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.  (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11.  OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 10th day of September, 2012.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| | JOHN F. WALSH |
| s/ *Joseph A. Whitcomb* | United States Attorney |
| JOSEPH A. WHITCOMB | District of Colorado |
| Rocky Mountain Disability Group | |
| 1391 Speer Blvd, Suite 705 | WILLIAM G. PHARO |
| Denver, CO 80204 | Assistant United States Attorney |
| Telephone: (303) 534-1958 | |
| Facsimile: (303) 534-1949 | s/ *Jessica Milano* |
| joe@rmdlg.com | JESSICA MILANO |
| | Social Security Administration- |
| Attorney for Plaintiff | Denver |
| | Office of General Counsel |
| | 1001 17th Street |
| | Denver, CO 80202 |
| | Telephone: (303) 844-7136 |
| | Facsimile: (303) 454-0770 |
| | jessica.milano@ssa.gov |
| | |
| | Attorneys for Defendant |